NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDSTEIN,**

*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**

*Respondent*

---

2024-2346

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT



August 7, 2025
Date

Jarrett B. Perlow
Clerk of Court